1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DEQUAN DERRELL PATTERSON

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE NO. 12-MJ-317 KJN
                                    )
12            Plaintiff,            )   **STIPULATION AND ~~[PROPOSED]~~ ORDER**
                                    )   **TO CONTINUE STATUS HEARING AND TO**
13      v.                          )   **EXCLUDE TIME PURSUANT TO THE**
                                    )   **SPEEDY TRIAL ACT**
14 DEQUAN DERRELL PATTERSON,        )
                                    )   Date:   December 13, 2012
15            Defendant.            )   Time:   2:00 p.m.
                                    )   Judge:  Edmund F. Brennan
16 _____ )

17       It is hereby stipulated and agreed to between the United States of America through TODD LERAS,

18 Assistant U.S. Attorney, and defendant, DEQUAN PATTERSON, by and through his counsel, MATTHEW

19 C. BOCKMON, Assistant Federal Defender, that the preliminary hearing set for Wednesday, December 12,

20 2012, be continued to Thursday, December 13, 2012, at 2:00 p.m.  This request is made for continuity of

21 defense counsel.

22       It is further stipulated that the time period from the date of this stipulation, December 5, 2012, through

23 and including the date of the new preliminary hearing, December 13, 2012, shall be excluded under the Speedy

24 Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4 and the ends of justice to be served by

25 granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

26 ///

27 ///

28

1 | DATED:  December 5, 2012

2 | DANIEL BRODERICK
Federal Defender

3

4 | /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender

5 | Attorney for Defendant
DEQUAN PATTERSON

6

7 | BENJAMIN B. WAGNER
United States Attorney

8

9 | /s/ Matthew C. Bockmon for
TODD LERAS
Assistant U.S. Attorney

10 | Attorney for United States

11

12 | **O R D E R**

13 |     Based on the reasons set forth in the stipulation of the parties filed on December 5, 2012, and good

14 | cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.   IT IS HEREBY

15 | ORDERED that the preliminary hearing currently scheduled for Wednesday, December 12, 2012, be vacated

16 | and that the case be set for preliminary hearing on **Thursday, December 13, at 2:00 p.m.**  The Court finds

17 | that the ends of justice served by granting such a continuance outweigh the best interests of the public and the

18 | defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties'

19 | December 5, 2012, stipulation, the time within which the trial of this matter must be commenced under the

20 | Speedy Trial Act is excluded during the time period from the date of this stipulation, December 5, 2012,

21 | through and including December 13, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)  and Local Code

22 | T4.

23 | DATED: December 5, 2012

24 | EDMUND F. BRENNAN

25 | UNITED STATES MAGISTRATE JUDGE

26

27

28 | 2